# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JBX PTY LTD, | ) |
|       Plaintiff. | ) |
| vs. | ) Civil Action No. 1:23-cv-157 |
| ISLAND, LLC, | ) |
|       Defendant. | ) |

## SUMMONS

To the above-named Defendant:   Island, LLC (c/o Wyoming Registered Agent)
1621 Central Avenue
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey S. Pope
Sam C. Kidd
HOLLAND & HART, LLP.
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY  82001

Tracy L. Tietmeyer (*pro hac vice* to be filed)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1977

Laura L. Myers (*pro hac vice* to be filed)
Schuyler G. Troy (*pro hac vice* to be filed)
Anne Rondoni Tavernier (*pro hac vice* to be filed)
FREDRIKSON & BYRON, P.A.
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4443

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date  8-31-2023                                              *Kim Blonigen* (signature)

Civil Action __1:23-CV-157_____

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____ was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____ _____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (*name of organization*) _____ _____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____ _____; or

☐ Other (*specify*):

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: _____